IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-po-00307-SAB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | SCHEDULING ORDER |
| MICHAEL HOUK, | ) | Judge: Hon. Stanley A. Boone |
| | ) | Date:   October 10, 2019 |
| Defendant. | ) | Time:   10:30 a.m. |

Due to the Court's unavailability on the date presently set for trial in the above-captioned matter, the parties have conferred and agreed upon October 10, 2019 at 10:30 a.m. as a mutually convenient date for trial. It is the request of the parties that this matter therefore be continued to October 10, 2019 at 10:30 a.m. for a bench trial.

**ORDER**

GOOD CAUSE APPEARING, the Court hereby orders that Defendant Michael Houk's bench trial now set for July 16, 2019, shall be rescheduled for October 10, 2019, at 10:30 a.m. Defendant Michael Houk is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated:   **July 1, 2019**

*[signature]*

UNITED STATES MAGISTRATE JUDGE