McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-po-00307-SAB |
| Plaintiff, | ORDER RE STIPULATION TO CONTINUE SENTENCING |
| v. | (ECF No. 33) |
| MICHAEL HOUK, | |
| Defendant. | |

This matter is currently set for sentencing on December 16, 2019.  On December 12, 2019, the parties filed a stipulation to continue the sentencing due to a scheduling conflict. .

Accordingly, finding good cause, the sentencing hearing set for December 16, 2019, in Courtroom 9 is HEREBY CONTINUED to **January 16, 2020, at 10:00 a.m. in Courtroom 9**.  The parties may file a sentencing memorandum **seven (7) days** prior to the continued hearing date.

IT IS FURTHER ORDERED that Defendant shall appear for the January 16, 2020 hearing.

IT IS SO ORDERED.

Dated:   **December 12, 2019**

UNITED STATES MAGISTRATE JUDGE

1