| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MICHAEL HOUK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | District Court Case No. 1:20-cr-00024-DAD |
| | (Magistrate Case No. 1:18-po-00307-SAB) |
| Plaintiff-Appellee, | |
| | APPELLANT'S MOTION TO WITHDRAW |
| vs. | APPEAL; ORDER |
| MICHAEL HOUK, | |
| Defendant-Appellant. | |

Defendant Michael Houk hereby requests to withdraw his appeal.

On January 30, 2020, Mr. Houk filed a Notice of Appeal, seeking to challenge the conviction and sentence imposed by the magistrate judge. *See* ECF No. 40. Mr. Houk now seeks to withdraw his appeal in this matter. Accordingly, Mr. Houk requests that the Court permit him to withdraw his appeal.

//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2020         */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant-Appellant
                                MICHAEL HOUK


Date: February 21, 2020         */s/ Michael Houk*
                                MICHAEL HOUK


## **ORDER**

**IT IS SO ORDERED.** Defendant Michael Houk's appeal is hereby withdrawn.

IT IS SO ORDERED.

Dated:  **February 21, 2020**          _____
                                        UNITED STATES DISTRICT JUDGE